UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-5800-GW-RAOx | Date | November 25, 2024 |
|---|---|---|---|
| Title | *Sam Benford v. Lili Land, LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS :   IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On November 22, 2024, Plaintiff Sam Benford filed a Notice of Settlement [11]. The Court vacates the order to show cause re lack of prosecution, with the expectation that a dismissal will be filed within 30 days. The Court sets an order to show re: settlement hearing for January 6, 2025 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on January 2, 2025.

|  | : |
|---|---|
| Initials of Preparer | JG |